```
                          United States Bankruptcy Court
                              District of Maryland
State Employee Credit Union,
        Plaintiff                                        Adv. Proc. No. 14-00021-NVA
Taylor,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: jwhitfiel            Page 1 of 1            Date Rcvd: Mar 25, 2014
                               Form ID: pdfall            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2014.
dft          +Dawn J. Taylor,   3119 Windsor Avenue,   Baltimore, MD 21216-2743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla           +E-mail/Text: bankruptcy.notices@secumd.com Mar 25 2014 19:49:55     State Employee Credit Union,
               971 Corporate Boulevard,   Linthicum, MD 21090-2234
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2014 at the address(es) listed below:
              Candy L. Thompson    cthompson@candythompsonlaw.com,  legal@candythompsonlaw.com,
               candy.thompsonecf@gmail.com
                                                                                              TOTAL: 1



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| DAWN J. TAYLOR | * | Case No.:13-26909-NVA |
| Debtor | * | |
| | * | |
| | * | Chapter 7 |
| * * * * * * * | * | |
| | * | |
| STATE EMPLOYEE CREDIT UNION | * | |
| 971 Corporate Blvd | * | |
| Linthicum, MD 21090 | * | |
| Plaintiff | * | |
| v. | * | |
| | * | |
| DAWN J. TAYLOR | * | Adversary No.:14-00021 |
| 3119 Windsor Avenue | * | |
| Baltimore, MD 21216 | * | |
| Defendant | * | |
| * * * * * * * * * * * * * | | |

**SETTLEMENT AND ORDER BY CONSENT**
**AND FORBEARANCE AGREEMENT**

State Employee Credit Union, ("Plaintiff"), by its attorney, Candy L. Thompson, hereby files this settlement and order by consent.

UPON CONSIDERATION and consent of the parties evidenced by their respective signature or the signatures of their respective counsel, it is;

**AGREED, STIPULATED, ADJUDGED AND DECREED** as follows:

**ORDERED**, that the sum of Three Thousand and Two Hundred Dollars ($3,200.00) owed by the Defendant to the Plaintiff be and the same is determined to be "NON-DISCHARGEABLE" pursuant to the provisions of 11 U.S.C. §523 and is not discharged pursuant to 11 U.S.C. §727, and it is;

**FURTHER ORDERED** the following Stipulation Agreement is approved.

1. Plaintiff hereby agrees that the consent judgment entered shall not be enforced by it against Defendant unless and until such time as there shall occur a default under the terms of this agreement.

2. At such time as the terms of the agreement have been fully and timely performed by the Defendant, the Plaintiff shall cause the judgment entered to be entered as "Agreed, Settled and Satisfied" upon payment of open costs by the Defendant.

3. Defendant hereby agrees that she shall pay to Plaintiff sixty-four (64) equal payments of Fifty Dollars ($50.00) Commencing March 25, 2014, and thereafter on the 25th of each month. The payment shall be made directly to SECU, 971 Corporate Blvd., Linthicum, MD 21090-2337, ATTN: BANKRUPTCY DEPARTMENT. No post-judgment interest will accrue if payments are made. Defendant may prepay without penalty.

    B. <u>Forbearance</u>: Plaintiff agrees to forebear in the exercise of any remedies available to Plaintiff against the Defendant arising from the Consent Agreement specifically including but not limited to interrogatories in aid of execution, and garnishment or any other involuntary seizure of assets of the Defendant.

*/s/ [signature]*
Dawn J. Taylor
3119 Windsor Ave
Baltimore, MD 21216
Pro-Se Debtor

/s/ Candy L. Thompson
Candy L. Thompson, Esquire
201 N. Charles Street, Suite 804
Baltimore, MD 21201
(410) 385-2626
Counsel for SECU

 I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

## END OF ORDER